United States District Court
Southern District of Texas
**ENTERED**
January 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CORE FD GALVESTON, LLC, ET AL., § § § § Plaintiffs. § § VS. § § METROPOLITAN PROPERTY § AND CASUALTY INSURANCE § COMPANY, § § Defendant. § | CIVIL ACTION NO. 3:20-CV-00325 |

**ORDER**

Under 28 U.S.C. § 1332 there must be complete diversity between plaintiffs and defendants. Complete diversity requires that all persons on one side of the controversy be citizens of different states from all persons on the other side. The party asserting federal jurisdiction in a diversity action has the burden to demonstrate that there is complete diversity. The citizenship of limited liability entities is determined by the citizenship of their members. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). When members of a limited liability entity are themselves entities or associations, citizenship must be traced through however many layers of members there are until arriving at the entity that is not a limited liability entity and identifying its citizenship status. *See Mullins v. TestAmerica, Inc.*, 564 F.3d 386, 39798 (5th Cir. 2009). If the Complaint filed in this action does not show the citizenship of all limited liability entities, Plaintiff is

**ORDERED** to file a letter explaining the citizenship of all parties by Thursday, January 28, 2021. The failure to allege facts establishing complete diversity of citizenship may result in dismissal of this action.

SIGNED and ENTERED this 21st day of January, 2021.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE